# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| RASSAN M. TARABEIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIV. ACTION NO. 24-00274-TFM-MU |
| | ) | |
| JUDGE WILLIAM E. SCULLY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| vs. | ) | |
| | ) | |
| BRIAN DASINGER, *et al.*, | ) | CIV. ACTION NO. 24-00302-TFM-N |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| vs. | ) | |
| | ) | |
| KATHRYN SCOTT, *et al.*, | ) | CIV. ACTION NO. 24-00328-JB-B |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| vs. | ) | |
| | ) | |
| INTENAL REVENUE SERVICE, *et al.*, | ) | CIV. ACTION NO. 24-00342-KD-B |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff Rassan M. Tarabein ("Tarabein") currently has four pending civil actions in this Court, which are referenced above. Tarabein initiated these actions while in the custody of the Federal Bureau of Prisons. Tarabein has recently been released from federal custody and has filed a change of address notice in each action. Because Tarabein filed these actions while a prisoner,

he remains obligated to pay the entire $350.00 filing fee in each action.  See <u>Gay v. Texas Dept. of Corr. State Jail Div.</u>, 117 F.3d 240, 242 (5th Cir. 1997) (finding a prisoner is obligated to pay the full filing fee for filing an action or appeal while he is incarcerated, and his subsequent release does not relieve this obligation); 28 U.S.C. § 1915(b)(1).  Therefore, in order for Tarabein to proceed with the litigation of his actions, he is **ORDERED** to pay the $350.00 filing fee in each case (minus any partial filing fee he may have paid in that case) by **June 6, 2025**, because the Court no longer has the means by which to collect the amounts owed.  The current amounts owed are as follows:

- **Civ. Act. 24-00274-TFM-MU**. Tarabein has made a partial payment of $60.03.  (Doc. 11). Accordingly, Tarabein owes the remainder fee amount of **$289.97**.
    On January 31, 2025, a report was entered recommending the dismissal of this action in its entirety.  (See Doc. 12).  Tarabein objected to the report and recommendation and requested an evidentiary hearing.  (See Doc. 13).  The report and recommendation and objection are pending.

- **Civ. Act. 24-00302-TFM-N**. Tarabein has made a partial payment of $60.03.  (Doc. 6). Accordingly, Tarabein owes the remainder fee amount of **$289.97**.
    On February 12, 2025, a report was entered in this action recommending the dismissal of Judge Scully and allowing for an amended complaint to be filed against Brian Dasinger and Brian Dasinger Law Firm.  (See Doc. 7).  Tarabein filed an objection to the report and recommendation.  (See Doc. 8).  The report and recommendation and objection are pending.  Tarabein has yet to file an amended complaint as directed.
- **Civ. Act. 24-00328-JB-B**. Tarabein has made a partial payment of $60.03.  (Doc. 10). Accordingly, Tarabein owes the remainder fee amount of **$289.97**.
    This action is currently in the process of being screened prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

- **Civ. Act. 24-00342-KD-B**. Tarabein has made a partial payment of $60.03.  (Doc. 5). Accordingly, Tarabein owes the remainder fee amount of **$289.97**.
    This action is currently in the process of being screened prior to service of process pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii).

If Tarabein is unable to pay the amounts owed in each case in one, lump-sum payment at that time, Tarabein must separately file a new motion to proceed without prepayment of fees <u>in each case</u> by **June 6, 2025.** Should Tarabein elect to file a new motion to proceed without prepayment of fees in a case, the motion must list the applicable case number and must be on this Court's standard form for such a motion. Tarabein must fully and carefully complete all applicable sections of the motion form. Tarabein's motion must include information that explains how he is providing for life's basic necessities, including food, clothing, and shelter. To the extent he is receiving assistance in meeting the basic necessities, Tarabein is **DIRECTED** to detail the amount of any such assistance and provide the name of each individual or entity providing such assistance. If Tarabein files a new motion to proceed without prepayment of fees in a case, the Court will review it and establish an appropriate payment schedule for the payment of the remainder of the $350.00 filing fee in that action. The failure to timely make a scheduled payment in a case will result in a recommendation of dismissal of that action without further notice. None of Tarabein's civil actions will proceed until the Court receives within the prescribed time either the payment of the remainder of the $350.00 filing fee for the respective case **<u>or</u>** a new motion to proceed without prepayment of fees in that case.

Tarabein is cautioned that his failure to comply with this Order by **June 6, 2025** in any of his cases will result in a recommendation of dismissal of the action for failure to prosecute and to comply with the Court's Order. Tarabein is further cautioned that if there is any change in his address, he must immediately file a written notice in each of his civil cases informing the Court of his change of address, or the action will be subject to dismissal for failure to prosecute and to comply with the Court's Orders.

The Clerk is **DIRECTED** to send Tarabein a copy of this Court's standard form for a motion to proceed without prepayment of fees for each of his above-referenced civil actions.

**DONE** this **6th** day of **May, 2025.**

/s/ KATHERINE P. NELSON
**UNITED STATES MAGISTRATE JUDGE**
