**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **RASSAN M. TARABEIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIV. ACT. NO. 1:24-cv-302-TFM-N** |
| | ) | |
| **BRIAN DASINGER, *et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**MEMORANDUM OPINION AND ORDER**

On February 12, 2025, the Magistrate Judge entered a Report and Recommendation which recommends that the claims against Judge William E. Scully, Jr. be dismissed with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i). *See* Doc. 7. On February 27, 2025, Plaintiff filed a document entitled Motion for Reconsideration which the Court construes as objections. *See* Doc. 8. The Report and Recommendation is now ripe for review.

Plaintiff objects stating that Judge Scully acted in clear absence of jurisdiction. He argues that Judge Scully falsified jurisdictional evidence and acted unlawfully. Plaintiff further requests an evidentiary hearing. Ultimately, Plaintiff's objections as to Judge Scully fail and the Magistrate Judge's well-reasoned analysis stands.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, Defendant Judge William E. Scully is **DISMISSED with prejudice**.

The Report and Recommendation also addressed the deficiencies as they related to the

other defendants and gave a deadline for the filing of an amended complaint of March 12, 2025. However, as the undersigned did not address the Report and Recommendations until this later date, Plaintiff's failure to comply is not yet fatal since he objected.  However, the deficiencies noted in the Report and Recommendation are well taken.  Therefore, Plaintiff is **ORDERED** to file an amended complaint against Defendants Brian Dasinger and the Dasinger Law Firm on or before **June 20, 2025**.  The amended complaint must address the deficiencies raised by the Report and Recommendation.  Failure to comply may result in the dismissal of the remaining defendants for failure to prosecute and obey court orders under Fed. R. Civ. P. 41(b).

The Clerk of Court is **DIRECTED** to resend a copy of the Report and Recommendation (Doc. 7) with this order.

This case is **REFERRED BACK** to the Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this 21st day of May, 2025.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE